STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00504 EMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING SENTENCING** |
| v. ) | **HEARING** |
| ) | |
| FREDDIE HERNANDEZ, ) | Sentencing Date: January 16, 2013 |
| ) | Proposed Date: February 6, 2013 |
| Defendant. ) | Time/Place: 2:30 p.m., Courtroom 5 |
| _____ ) | Judge: Hon. Edward M. Chen |

The undersigned parties jointly stipulate as follows:

1. The sentencing in this matter is currently set for January 16, 2013, at 2:30 p.m.

2. Due to the unavailability of defense counsel and the need to further verify Mr. Hernandez's criminal history, defense counsel requests a brief continuance of Mr. Hernandez's sentencing hearing to February 6, 2013, at 2:30 p.m.

3. Assistant United States Attorney Mark Kang joins in this stipulation and has no objection to continuing the sentencing in this matter until February 6, 2013, at 2:30 p.m.

4. Probation Officer Sara Rizor Black has been contacted by defense counsel and has no objection to moving the hearing to February 6, 2013, at 2:30 p.m.

//

IT IS SO STIPULATED.

Dated: December 28, 2012        /S/
                                BRANDON M. LeBLANC
                                Assistant Federal Public Defender


Dated: December 28, 2012        /S/
                                MARK KANG
                                Assistant United States Attorney


**[PROPOSED] ORDER**

For good cause shown, and for the above reasons stated by counsel, it is hereby ORDERED that the sentencing hearing currently calendared for January 16, 2013, is continued to **February 6, 2013, at 2:30 p.m.** before this Court.

IT IS SO ORDERED.

Dated: 1/3/13

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. & [Prop.] Order Cont. Sentencing,
*Hernandez*, CR 12-00504 EMC            2